**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-10112 |
| Plaintiff - Appellee, | D.C. No. 2:13-cr-00291-SRB |
| v. | |
| JESUS ERNESTO VICTORICA-REYES, a.k.a. Jesus Ernesto Victorica Reyes, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Susan R. Bolton, District Judge, Presiding

Submitted February 17, 2015[**]

Before:      O'SCANNLAIN, LEAVY, and FERNANDEZ, Circuit Judges.

Jesus Ernesto Victorica-Reyes appeals from the district court's judgment and

challenges his guilty-plea conviction and 120-month sentence for possession with

intent to distribute 500 grams or more of methamphetamine, in violation of 21

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

U.S.C. § 841(a)(1) and (b)(1)(A)(viii).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Victorica-Reyes's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Victorica-Reyes the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Victorica-Reyes waived his right to appeal his conviction and sentence.  Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver.  *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).  We accordingly dismiss the appeal.  *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

14-10112